UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-254-F

UNITED STATES OF AMERICA :
:
V. : <u>O R D E R</u>
:
PERRY JOSEPH ROGERS :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to PERRY JOSEPH RODGERS be changed to reflect the proper identification of the defendant as PERRY JOSEPH ROGERS.

This the  14th  day of September, 2010.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE